RICHARD B. CURTIS ESQ., SBN 124212
ATTORNEY AT LAW
1604 Solano Ave.
Albany, California 94706
TELEPHONE:  (510) 526-3508
FACSIMILE:  (510) 526-3672
richardbcurtis@sbcglobal.net

Attorney for Defendant and Counter-Claimant
EILEEN ROGERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN BLONSKI | Case No.: 2:12-CV-1083-WBS-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: DISCOVERY AND NON-DISPOSITIVE MOTION EXTENSION |
| vs. | |
| EILEEN ROGERS | |
| Defendant and Counterclaimant | |

In view of the fact that the parties to this action, Daren Blonski and Eileen Rogers, have entered into a written stipulation through their attorneys to extend the last day for completing discovery and filing non-dispositive motions to May 24, 2013, and in recognition of counsels' compliance with Eastern District Rule 143(b) in their submission of a stipulation to the court for approval of said extension, IT IS ORDERED THAT the last day for completing discovery and filing non-dispositive motions in this action is May 24, 2013.

DATED: April 3, 2013.        BY: /s/ Allison Claire
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

1

Case: 2:12-CV-01083-WBS-AC
ORDER RE:STIPULATION ON CUT-OFF DATES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case: 2:12-CV-01083-WBS-AC
ORDER RE:STIPULATION ON CUT-OFF DATES