RICHARD B. CURTIS ESQ., SBN 124212
ATTORNEY AT LAW
1604 Solano Ave.
Albany, California 94706
TELEPHONE:  (510) 526-3508
FACSIMILE:  (510) 526-3672
richardbcurtis@sbcglobal.net

Attorney for Defendant and Counter-Claimant
EILEEN ROGERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN BLONSKI | ) Case No.: 2:12-CV-1083-WBS-AC |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| | ) RE: DISCOVERY AND NON-DISPOSITIVE |
| | ) MOTION EXTENSION |
| vs. | ) |
| | ) |
| EILEEN ROGERS | ) |
| | ) |
| | ) |
| Defendant and Counterclaimant | ) |
| | ) |
| | ) |
| | ) |
| | ) |

        In view of the fact that the parties to this action, Daren Blonski and Eileen Rogers, have

entered into a written stipulation through their attorneys to extend the last day for completing

discovery and filing non-dispositive motions to May 24, 2013, and in recognition of counsels'

compliance with Eastern District Rule 143(b) in their submission of  a stipulation to the court for

approval of said extension, IT IS ORDERED THAT the last day for completing discovery and

filing non-dispositive motions in this action is May 24, 2013.


DATED:  April 3, 2013.          BY:   _allison Claire_  _____

                                ALLISON CLAIRE

                                UNITED STATES MAGISTRATE JUDGE

1

Case: 2:12-CV-01083-WBS-AC
ORDER RE:STIPULATION ON CUT-OFF DATES

Case 2:12-cv-01083-WBS-AC   Document 32   Filed 04/04/13   Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2

Case: 2:12-CV-01083-WBS-AC
ORDER RE:STIPULATION ON CUT-OFF DATES