KAREN M. GOODMAN, SBN: 117423
SUMMER D. HARO, SBN: 245482
GOODMAN & ASSOCIATES
3840 Watt Avenue – Bldg. A
Sacramento, CA 95821-2640
Telephone No:  (916) 643-0600
Facsimile No:   (916) 643-0605
kgoodman@goodman-law.com
suharo@goodman-law.com

KADIN W. BLONSKI SBN: 244856
KWB Law
375 E. Street 120
Santa Rosa, CA  95404
Telephone No:  (707) 515-7145
Facsimile No:   (866) 329-0330
kadin@kwblaw.us

Attorneys for Plaintiff/Counter-Defendant DAREN BLONSKI

RICHARD B. CURTIS ESQ. SBN: 124212
ATTORNEY AT LAW
1604 Solano Avenue
Albany, CA 94706
Telephone No: (510) 520-4608
Facsimile No: (510) 526-3672
richardbcurtis@sbcglobal.net

Attorney for Defendant/Counter-Claimant EILEEN ROGERS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAREN BLONSKI,<br>　　　Plaintiff,<br>　　vs.<br>EILEEN ROGERS and DOES 1 through 25, inclusive,<br>　　　Defendants.<br>_____<br>EILEEN ROGERS,<br>　　　Counter-Claimant,<br>　　vs.<br>DAREN BLONSKI and DOES 1-10<br>　　　Counter-Defendants<br>_____ | Case No:  2:12-CV-01083-WBS-AC<br><br>**ORDER AND STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>Hon. William B. Shubb<br><br>Complaint Filed: April 24, 2012<br>Trial Date: Vacated |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

The parties hereby stipulate that the entire action, including all complaints and counter-complaints, may be voluntarily dismissed with prejudice. Plaintiff/Counter-Defendant Daren Blonski and Defendant/Counter-Claimant Eileen Rogers have entered into a settlement agreement, whereby each party agrees to bear their own costs and attorneys' fees.

There are no other parties in this matter. Therefore, in the interests or justice and judicial economy, the parties stipulate that the entire action be dismissed with prejudice, with each party bearing their own costs and attorney's fees.

DATED:  December 18, 2013            GOODMAN & ASSOCIATES

                                          By:    //s// Summer D. Haro (SBN 245482)
                                                  KAREN M. GOODMAN,
                                                  SUMMER D. HARO, Attorneys for
                                                  PLAINTIFF/COUNTER-DEFENDANT
                                                  DAREN BLONSKI

DATED:  December 18, 2013            RICHARD B. CURTIS, ESQ.

                                          By:    //s// Richard B. Curtis (SBN: 124212)
                                                  RICHARD B. CURTIS, ESQ.
                                                  Attorney for
                                                  DEFENDANT/COUNTER-CLAIMANT
                                                  EILEEN ROGERS

IT IS SO ORDERED

Dated:  December 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE